Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

RECEIVED
SDNY PRO SE OFFICE
2023 OCT 19  AM 9: 34

# UNITED STATES DISTRICT COURT

for the

___Southern_____ District of _N▼

____02_____ Division

| | |
|---|---|
| Crystal Montgomery | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| New York Presbyterian Hospital | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Crystal Montgomery |
| Street Address | 1424 Crotona Park East Apt# 4A |
| City and County | Bronx |
| State and Zip Code | New York 10460 |
| Telephone Number | 646 209-4310 |
| E-mail Address | romeosdaughternyc@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                            New York Presbyterian Hospital

    Job or Title *(if known)*

    Street Address             West 168th Street

    City and County          New York

    State and Zip Code     New York 10032

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | New York Presbyterian Hospital |
| Street Address | West 168th Street |
| City and County | New York |
| State and Zip Code | New York 10032 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☑ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I have been forced to take the Influenza and Covid-19 vaccinations in order to remain employed at New York Presbyterian. The coorporation will resign me if I do not cooperate with their vaxxine programs. The coorporation is continuing to violate my Constitutional Rights because as of December 8th 2023 if I do not take another Influenza Vaccine I will be terminated from my place of employment. I have been employed with New York Presbyterian since November 21st 2005.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)*    08/28/2023                 .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.
☐  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## Subject: Notice of right to Sue Update RE: Requesting a Notice of Right to Sue from the EEOC office.

Fri, Aug 18, 2:1



**ANDREA MACANCELA** <ANDREA.MACANCELA@eeoc.gov>
to romeosdaughternyc@gmail.com

You are viewing an attached message. Gmail can't verify the authenticity of attached messages.

Good Afternoon Ms. Montgomery,

I hope this email finds you well. I am reaching out to you regarding your request for a Notice of Right to Sue. Our EEOC portal shows that two charges were filed against NY Presbyterian Hospital, the charge numbers are: 520-2 05902 and 520-2022-00204. Both charges were filed out of the time limit in which the EEOC can conduct an investigation. Both charges will receive a notice of right to sue. Please use this link for additional information regar the time limits for filing a charge: https://www.eeoc.gov/time-limits-filing-charge

Should you have any questions, please feel free to send me an email.

Kind regards,

Andrea Macancela
EEOC Investigator
33 Whitehall Street
New York, NY 10004

**From:** Crystal Montgomery <romeosdaughternyc@gmail.com>
**Sent:** Tuesday, August 8, 2023 11:35 AM
**To:** DANEESA BUTLER <DANEESA.BUTLER@EEOC.GOV>; romeosdaughternewyorkcity@gmail.com
**Subject:** Requesting a Notice of Right to Sue from the EEOC office.

You don't often get email from romeosdaughternyc@gmail.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on lin and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Good morning,

I was contacted by the office of EEOC this morning informing me that my claim has exceeded the 300 day limit. I would like to request a notice of right to sue.

Thank you
Crystal Montgomery
(646) 209-4310



Welcome, Crystal  Log Out

Filing with EEOC

    

# My Charge

**EEOC Number: 520-2022-00204**

**Status: Charge Closed**

The charge of employment discrimination filed on **07/05/2023** with the U.S Equal Employment Opportunity Commission (EEOC) by **Crystal Montgomery** against **NEW YORK PRESBYTERIAN HOSPITAL** is available for you to view online

View Representative          View My Information

# My Documents

If you have documents supporting your charge, please upload them using this portal. Documents that you send and any that EEOC may send to you (including your Charge of Discrimination and the respondent's Position Statement, if you request a copy) are listed below. You can open a document to review it or download and save it.

**Be sure you save all documents related to your charge, including Email correspondence.** Your charge and documents related to it will be available to you online until 90 days after EEOC closes it.

Click using this portal to upload documents.

Upload

| Name | Type | Added On | Added By |
|---|---|---|---|
| IMG_1309 | Evidence Provided by Charging Party | 08/21/2023 | Charging Party |
| IMG_1307 | Evidence Provided by Charging Party | 08/21/2023 | Charging Party |
| IMG_1306 | Evidence Provided by Charging Party | 08/21/2023 | Charging Party |
| Form 161-B NRTS_520-2022-00204.pdf | Closure Notice/NRTS | 08/18/2023 | ANDREA MACANCELA |
| RE_ Interview process for EEOC.msg | Correspondence with Charging Party | 07/11/2023 | CHARLES DIAMON |
| 520-2022-00204-L - Charge of Discrimination - New York District Office - signed | Charge of Discrimination - Unperfected | 07/10/2023 | STEFAN PAREDES |

# Additional Information

I received the first Covid-19 vaccine 09/22/2021 and the second Covid-19 vaccine 01/13/2022 under DISTRESS soley to maintain my employment with New York Presbyterian Hospital. I was forced to take the Infuenza vaccine last year on 03/17/2022. I am being forced again to take the Influenza vaccine by December 8th 2023 or face termination. All of my Religious Exemptions were NOT honored or considered. My Constitutional Rights were VIOLATED. I suffer from sever anxiety and depression ever since I was vaccinated with those bio-weapons. I suffer unexplained breathing problems at times, I also suffer from paranoia. I want to be monetary compensated for the mental and physical anguish and damages that I endure daily.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Date of signing: | 10/06/2023 |
| Signature of Plaintiff | Crystal Montgomery |
| Printed Name of Plaintiff | Crystal Montgomery |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address