UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRYSTAL MONTGOMERY,

                Plaintiff,

-against-                                       23 **CIVIL** 9201 (PAE) (OTW)

## JUDGMENT

NEW YORK PRESBYTERJAN HOSPITAL,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 04, 2024, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      September 05, 2024

                                                    **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                    **BY:**

                                                **Deputy Clerk**